**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

June 8, 2022

<u>VIA ECF & EMAIL</u>
The Honorable Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Jonathan Peterson*
15 Cr. 802 (NSR) -01

Dear Judge Román:

I represent Jonathan Peterson in the above-referenced matter. The purpose of this letter is to respectfully request that the Court modify Mr. Peterson's bond conditions. Specifically, it is requested that Mr. Peterson's bond include the condition that he be permitted to seek employment and educational opportunities. Currently, Mr. Peterson is on home detention without permission to leave the house for interviews and employment. This modification will allow Mr. Peterson the opportunity to apply and interview for gainful employment, as well as educational opportunities. Neither the Probation Department nor the Government object to this modification. Accordingly, it is respectfully requested that the Court modify Mr. Peterson's bond conditions to permit him to seek employment and educational opportunities.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All Counsel
(*via ECF*)

Deft's request to modify his bail conditions is GRANTED, without objection by the Gov't and Pre-trial Services, as follows: Deft. is permitted to seek employment and educational opportunities limited to Monday - Friday, 8 am - 5 pm; and Deft. is required to notify Pre-trial Services of any employment change and/or acceptance to education program. Clerk of Court is requested to terminate the motion at ECF No. 61.
Dated: June 13, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022