**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

July 15, 2022

> Deft's request to temporarily modify his bail conditions as set forth below is GRANTED without objection by Pretrial Services. The Gov't deferred to Pretrial. Clerk of Court is requested to terminate the motion at 63.   Dated: White Plains, NY
> July 15, 2022
>
> SO ORDERED:
>
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**VIA ECF & EMAIL**
The Honorable Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *United States v. Jonathan Peterson*
            **15 Cr. 802 (NSR)** -01

Dear Judge Román:

      I represent Jonathan Peterson in the above-referenced matter. The purpose of this letter is to respectfully request that the Court modify Mr. Peterson's bond conditions. Specifically, it is requested that Mr. Peterson's be modified to include travel to Trevor Park in Yonkers, New York on Saturday, July 16, 2022, from 2:00 p.m. to 8:00 p.m. Mr. Peterson's family is having a barbeque for his cousin and Mr. Peterson would like to attend. The Probation Department does not object to this request and the Government defers to Probation. Accordingly, it is respectfully requested that the Court modify Mr. Peterson's bond conditions to permit him to travel to Trevor Park on July 16, 2022.

      The Court's time and attention to this matter are greatly appreciated.

                              Respectfully submitted,

                              / s /

                              Margaret M. Shalley

cc:    All Counsel
        (*via ECF*)

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/15/2022__