**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 28, 2022

<u>VIA ECF</u>

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        **Re:**    *United States v. Jonathan Peterson,* **15 Cr. 802 (NSR) -01**

Dear Judge Román:

      A telephonic status conference in the above-referenced Violation of Supervised Release matter is presently set for September 29, 2022, at 10:00 a.m.  The Government respectfully writes to inform the Court that the parties have reached a pre-hearing resolution and that the defendant is prepared to enter an admission and be sentenced.  Accordingly, the parties request that the September 29 telephonic conference be converted to an in-person proceeding and adjourned to **October 11, 2022, at 10:00 a.m.,** when the parties understand that the Court is available.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

            By:    /s/ Qais Ghafary
                   Qais Ghafary
                   Assistant United States Attorney
                   Tel: (914) 993-1930

Cc:  Margaret Shalley, Esq. (via e-mail)
      Jason Lerman, U.S.P.O. (via e-mail)

**The Govt's request to convert the Sept. 29, 2022 telephonic VOSR conf. to an in-person conf. and adjourn that VOSR Conf. to Oct. 11, 2022 at 10: 00 am is GRANTED with Deft's consent.  Clerk of Court is requested to terminate the motion at ECF No. 66. Dated: White Plains, NY**
       **Sept. 28, 2022**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __**9/28/2022**__